176 A.3d 222

COLIN ANDREWS, ET AL., PLAINTIFFS, v. JOHN A. FRANK, DEFENDANT–PETITIONER, AND TERRY ANDREWS, DEFENDANT/THIRD–PARTY PLAINTIFF v. CLIFFORD S. ANDREWS, III, THIRD–PARTY DEFENDANT/FOURTH–PARTY PLAINTIFF–RESPONDENT, v. JOHN A. FRANK AND STEVEN P. FORD, FOURTH–PARTY DEFENDANTS.

C–395 September Term 2017
079057

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005524–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.